## A02A1788. CRITSER et al. v. MCFADDEN.
### (600 SE2d 773)

MILLER, Judge.

In *Critser v. McFadden*, 277 Ga. 653 (593 SE2d 330) (2004), the Supreme Court of Georgia reversed the judgment of this Court in *Critser v. McFadden*, 259 Ga. App. 546 (578 SE2d 222) (2003). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Johnson, P. J., and Blackburn, P. J., concur.*

### DECIDED JUNE 9, 2004.

*Lamar, Archer & Cofrin, Robert C. Lamar, David W. Davenport*, for appellants.

*Love, Willingham & Peters, Daryll Love, Thompson & Slagle, Michael J. Hannan III, Weinberg, Wheeler, Hudgins, Gunn & Dial, Julye M. Johns*, for appellee.

## A02A2025. SIMON et al. v. GUNBY.
### (600 SE2d 773)

MILLER, Judge.

In *Gunby v. Simon*, 277 Ga. 698 (594 SE2d 342) (2004), the Supreme Court of Georgia reversed the judgment of this Court in *Simon v. Gunby*, 260 Ga. App. 3 (578 SE2d 482) (2003). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Johnson, P. J., and Blackburn, P. J., concur.*

### DECIDED JUNE 9, 2004.

*Hall, Booth, Smith & Slover, Karl M. Braun, Justin M. Kerenyi*, for appellants.

*Curtis A. Thurston, Jr.*, for appellee.